UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| Michael Slusarchuk<br><br>v.<br><br>Jon Hoff, et al. | )<br>)<br>)<br>)<br>) | 01-CV-1405 (MJD/JGL) |
| Elaine Stebleton<br><br>v<br><br>Jon Hoff, et al. | )<br>)<br>)<br>)<br>) | 01-CV-1406 (JMR/SRN) |

ORDER FOR REASSIGNMENT OF RELATED CASES

Case No. 01-CV-1405 having been assigned to the Honorable Michael J. Davis, United States District Judge, and Case No. 01-CV-1406 having later been assigned to the Honorable James M. Rosenbaum, United States District Chief Judge and said matters being related cases, IT IS ORDERED that:

1. Case No.01-CV-1406 be assigned to Judge Michael J. Davis, nunc pro tunc, by use of a card on the Civil Rights list of the automated case assignment system, and the Clerk of Court shall void and reuse a card on the same list, pursuant to this Court's Assignment of Cases Order, dated April 2, 2001.

FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

2. A copy of this Order shall be filed in each case.

Dated: December 27th, 2001

JAMES M. ROSENBAUM
United States Chief District Judge

Dated: ~~December~~ Jan 6, 2002

MICHAEL J. DAVIS
United States District Judge

Pursuant to an Order of Reassignment of Related Cases, this case is reassigned to

Judge Michael J. Davis
and
Magistrate Judge Jonathan G. Lebedoff

NEW CASE INFORMATION 01-1406 MJD/JGL
Use this case information for all further filings.